2020R01025/DHR

RECEIVED

APR 15 2025

AT 8:30_____
CLERK, U.S. DISTRICT COURT - DNJ

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Zahid N. Quraishi |
| | : | |
| v. | : | Crim. No. 25-232 |
| | : | |
| FRANCISCO VILLAFANE | : | 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) |
| | : | 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) |
| | : | |
| | : | |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

## COUNT ONE
(Possession of Child Pornography)

From in or around October 2023 through on or about February 12, 2024, in Middlesex County, in the District of New Jersey and elsewhere, the defendant,

## FRANCISCO VILLAFANE,

did knowingly possess material that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), which images had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## COUNT TWO
(Receipt of Child Pornography)

From in or around October 2023 through in or around November 2023, in Middlesex County, in the District of New Jersey and elsewhere, the defendant,

## FRANCISCO VILLAFANE,

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and that has been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

2

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in this Information, defendant FRANCISCO VILLAFANE shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all right, title, and interest in the following:

a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 22528, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, and any property traceable to such property.

## Substitute Assets Provision

If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

ALINA HABBA
United States Attorney

4

CASE NUMBER: 25- 232

## United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

FRANCISCO VILLAFANE

# INFORMATION FOR

18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)
18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

ALINA HABBA
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

DANIEL H. ROSENBLUM
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2767