

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*                    *973-645-2700*
*Newark, New Jersey 07102*

October 21, 2025

**<u>VIA ECF</u>**

Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building
  & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:  *United States v. Francisco Villafane,*
>      <u>Crim. No. 25-232 (ZNQ)</u>

Dear Judge Quraishi:

On August 20, 2025, the Court adjourned the defendant's sentencing to allow National Center for Missing & Exploited Children ("NCMEC") additional time to identify potential victims depicted in CSAM images discovered on the defendant's devices after he entered his guilty plea. The sentencing was rescheduled for November 4, 2025.

Today, the Government received a report from NCMEC identifying 116 known "series" of CSAM—each with potential notification and restitution obligations. In light of that finding, the Government needs additional time to comply with its obligations under the Crime Victim Right's Act (*see* 18 U.S.C. § 3771), which include providing notification to victims, collecting any available victim-impact statements, and assessing additional restitution obligations that could apply at sentencing.

Therefore, the Government respectfully requests another adjournment of the sentencing date, for approximately 60 days. Defense counsel consents to this request.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

By: _____
Daniel H. Rosenblum
Assistant U.S. Attorney

cc:    Tatiana Nnaji, *Counsel for Defendant*
       Eric W. Dethloff, *U.S. Probation Officer*