# FEDERAL PUBLIC DEFENDER

## DISTRICT OF NEW JERSEY

K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER



800-840 COOPER STREET • SUITE 350 • CAMDEN, NEW JERSEY 08102 • (856) 757-5341

January 7, 2026

***VIA ECF***

Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *United States v. Francisco Villafane*, Crim. No. 25-232 (ZNQ)

Dear Judge Quraishi:

Mr. Francisco Villafane is currently scheduled for sentencing on January 20th before Your Honor.  The parties respectfully request a brief adjournment of 30 days because  of a trial conflict for the prosecutor, and a substitute for defense counsel ahead of sentencing.  Saverio Viggiano, AFPD, will represent Mr. Villafane at the sentencing.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Tatiana Nnaji, Esq.
Office of the Federal Public Defender
1002 Broad St.
Newark, NJ 07102
973-654-4492
Tatiana_Nnaji@fd.org

CC: Saverio Viggiano, AFPD
     Daniel Rosenblum, AUSA
     Eric W. Dethloff, USPO