DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>FRANCISCO VILLAFANE | Criminal No. 25-232<br><br><br>**SENTENCING SUBMISSION NOTICE**<br>**OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant                    .

Date:

2/24/26

TODD BLANCHE
U.S. Deputy Attorney General

PHILIP LAMPARELLO
Senior Counsel


By:    /s/ Daniel H. Rosenblum
          Assistant U.S. Attorney