## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCISCO VILLAFANE | Criminal No. 25-232 (ZNQ)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mark E. Coyne (mark.coyne@usdoj.gov), Assistant

United States Attorney and Chief of the Appeals Division, is also appearing for the

United States of America in this case.

Date: March 16, 2026

TODD BLANCHE
United States Deputy Attorney General

PHILIP W. LAMPARELLO
Senior Counsel

By:   */s/ Mark Coyne*
      Mark Coyne
      Assistant United States Attorney