**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**


**OFFICE:**  TRENTON                                          **DATE:**  MARCH 16, 2026

**JUDGE ZAHID N. QURAISHI**

**COURT REPORTER:** MEGAN MCKAY-SOULE


**TITLE OF CASE:**                                    **DOCKET # 3:25-CR-232-1 (ZNQ)**
UNITED STATES OF AMERICA
            vs.
FRANCISCO VILLAFANE
            DEFENDANT PRESENT

**APPEARANCES:**
 Daniel Rosenblum, AUSA for the Government
 Saverio Viggiano, AFPD for Defendant


**NATURE OF PROCEEDINGS**: AT CALL FOR SENTENCING HEARING
Ordered sentencing adjourned to 4/1/2026 at 10:00 AM.
Text Order to be entered.
Defendant remanded.



Time Commenced:     11:00 AM
Time Adjourned:     11:22 AM
Total Time:         22 mins


                                        s/ Kim Stillman
                                        **DEPUTY CLERK**