IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | Crim. No. 25-232 (ZNQ) |
| | : | |
| | : | **NOTICE OF APPEARANCE** |
| | : | |
| | : | |
| FRANCISCO VILLAFANE, | : | |
| Defendant. | : | |

PLEASE TAKE NOTICE that The Office of The Federal Public Defender (Saverio A. Viggiano, Assistant Federal Public Defender, appearing) (Saverio_Viggiano@fd.org), is appearing on behalf of Francisco Villafane in the above-captioned matter.

This notice supplements ECF Dk. No. 29.

Respectfully submitted,

*/s/ Saverio A. Viggiano*

By: Saverio A. Viggiano
ASSISTANT FEDERAL PUBLIC DEFENDER
Office of the Federal Public Defender
22 S. Clinton Avenue
Station Plaza 4, 4th Floor
Trenton, NJ 08609
609-989-2160 (tel.)
609-989-2153 (fax)

Dated:  March 17, 2026