DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>FRANCISCO VILLAFANE<br><br>Defendant(s). | Criminal No.   25-CR-232<br><br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on March 12th, defendant Francisco Villafane submitted

sentencing materials to the Court in this case.


Date:    March 17, 2026


                                                    By:    /s/Saverio A. Viggiano
                                                    _____
                                                    Assistant Federal Public Defender