# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ZAHID N. QURAISHI**<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>402 EAST STATE STREET, ROOM 4000<br>TRENTON, NJ 08608 |

**March 18, 2026**

**25-cr-232(ZNQ)**
**USA v VILLAFANE**

<u>**VIA CM/ECF**</u>
All counsel of record

Dear Counsel,

    Roger Parloff of Lawfare Media has filed Requests for Sentencing Materials (ECF Nos. 45 and 46). In accordance with the Protocol for Disclosure of Sentencing Materials adopted by this Court, I instruct counsel for both sides to confer to determine what information is to be redacted from the requested Sentencing Materials.

    Thank you.

**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**